IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:16-CR-00304-01 |
| | * | |
| | * | 18 U.S.C. § 875(c) |
| VERSUS | * | |
| | * | |
| | * | JUDGE HICKS |
| YUSIF LEE JONES | * | MAGISTRATE JUDGE HORNSBY |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

<u>Count One</u>
Interstate Threatening Communication
18 U.S.C. 875(c)

On or about December 7, 2016, within the Western District of Louisiana and elsewhere, the defendant, YUSIF LEE JONES, did knowingly transmit in interstate commerce between the State of Louisiana and the District of Columbia, a telephone communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c). [18 U.S.C. § 875(c)].

STEPHANIE A. FINLEY
United States Attorney

_____
WILLIAM J. FLANAGAN (LA 05603)
Assistant U.S. Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600
William.Flanagan@usdoj.gov